# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re:  STEPHEN A. CAYWOOD  
      1714 W. INDIAN RIDGE DRIVE  
      MCHENRY, IL  60050  

SSN-xxx-xx-5943

Case Number: 06-72212

Case filed on: 11/22/2006  
Plan Confirmed on: 3/5/2007  

D Dismissed

Total funds received and disbursed pursuant to the plan: $5,303.00    Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---:|---:|---:|---:|
| 000 | ATTORNEY RICHARD T JONES | 3,274.00 | 3,274.00 | 2,092.88 | 0.00 |
|  | Total Legal | 3,274.00 | 3,274.00 | 2,092.88 | 0.00 |
| 013 | A/R CONCEPTS | 0.00 | 0.00 | 0.00 | 0.00 |
| 016 | OSI COLLECTION SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 006 | PATRICIA CAYWOOD | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Priority | 0.00 | 0.00 | 0.00 | 0.00 |
| 999 | STEPHEN A. CAYWOOD | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 0.00 | 0.00 |
| 001 | CHASE HOME FINANCE | 183,184.73 | 0.00 | 0.00 | 0.00 |
| 002 | CHASE HOME FINANCE | 12,465.11 | 0.00 | 0.00 | 0.00 |
| 003 | GREAT BANK ALGONQUIN | 21,000.00 | 21,000.00 | 1,874.32 | 900.70 |
| 004 | MCHENRY COUNTY COLLECTOR | 3,000.00 | 40.32 | 40.32 | 75.00 |
|  | Total Secured | 219,649.84 | 21,040.32 | 1,914.64 | 975.70 |
| 003 | GREAT BANK ALGONQUIN | 5,123.15 | 5,123.15 | 0.00 | 0.00 |
| 005 | SUNRISE RIDGE ASSOCIATES | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | ATLANTIC CREDIT & FINANCE | 0.00 | 0.00 | 0.00 | 0.00 |
| 008 | CENTER FOR NEUROLOGY | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | ECAST SETTLEMENT CORPORATION | 18,499.74 | 18,499.74 | 0.00 | 0.00 |
| 010 | COMED | 0.00 | 0.00 | 0.00 | 0.00 |
| 011 | J & K PEDIATRICS, LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| 012 | KOHLS | 0.00 | 0.00 | 0.00 | 0.00 |
| 014 | MCHENRY RADIOLOGY & IMAGING | 0.00 | 0.00 | 0.00 | 0.00 |
| 015 | NICOR GAS | 1,610.89 | 1,610.89 | 0.00 | 0.00 |
| 017 | NORTHERN ILLINOIS MEDICAL CENTER | 979.50 | 979.50 | 0.00 | 0.00 |
| 018 | WHISPERING HILLS WATER CO. | 0.00 | 0.00 | 0.00 | 0.00 |
| 019 | LVNV FUNDING LLC | 278.20 | 278.20 | 0.00 | 0.00 |
| 020 | NICOR GAS | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Unsecured | 26,491.48 | 26,491.48 | 0.00 | 0.00 |
|  | Grand Total: | 249,415.32 | 50,805.80 | 4,007.52 | 975.70 |

Total Paid Claimant:    $4,983.22  
Trustee Allowance:    $319.78    Wherefore, your petitioner prays that a final Decree be entered  
Percent Paid Unsecured:    0.00    discharging the trustee and the trustee's surety from any and all  
    liablility on account of the within proceedings, and closing the estate,  
    and for such other relief as is just.  Pursuant to FRBP, I hereby  
    certify that the subject case has been fully administered.

Report Dated:

    /s/ Lydia S. Meyer  
    Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on <u>12/28/2008</u>    By <u>/s/Heather M. Fagan</u>